REED v. WILSON, JUDGE.

[No. 0-515. Filed May 28, 1958.]

*Ora Reed, pro se.*

PER CURIAM.—Petitioner by this original action seeks an alternative writ of mandamus. The action is not brought in the name

of the State, and the petition fails to comply with Rule 2-35 as to certified copies of the proceedings in the trial court.

Petition denied.

NOTE.—Reported in 150 N. E. 2d 572.